SEECK & KADE, INC., Appellant, *v.* R. TOMSHINSKY, Individually and Trading as WEBSTER CUT RATE DRUG STORES, et al., Respondents.

(Argued December 2, 1935; decided January 7, 1936.)

*Mark Eisner* and *James F. Donnelly* for appellant.

*Jay Leo Rothschild* and *Frances Kneitel* for respondents.

*Jay Leo Rothschild* for Hearn Department Stores, Inc., *amicus curiæ.*

*Charles Goldman* and *Harold Dublirer* for Cooper & Cooper, Inc., *amicus curiæ.*

Judgment affirmed, with costs, on the authority of *Doubleday, Doran & Co.* v. *Macy & Co.* (269 N. Y. 272). No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.